[Nos. 17413–4–I; 17475–4–I. Division One. August 17, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. CURTIS SHANE THOMPSON, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 85–1–02624–8, John M. Darrah, J., entered

October 17, 1985. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Coleman and Webster, JJ.